IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY MONTILLA CARRILLO,

Petitioner,

vs.

JEROME KRAMER, Lincoln County Sheriff, immediate custodian, et al.,

Respondents.

8:26-CV-688

ORDER

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that appears to be substantially the same as the petition and postjudgment motion he filed, and that the Court denied, in case no. 8:26-cv-554. Accordingly,

IT IS ORDERED:

1. For the reasons stated in case no. 8:26-cv-554 filings 13 and 22, the petition for writ of habeas corpus is denied.

2. A separate judgment will be entered.

Dated this 9th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge